

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA TAYLOR SWAIN
*Chief Judge*

Tammi M. Hellwig
*Clerk of Court*

## CERTIFICATE OF GOOD STANDING/WALL CERTIFICATE
### File this request form in miscellaneous case number 1:25-mc-2

**ATTORNEY INFORMATION:**

Full Name: ___Michael Owen Cummings___

Firm/Company Name: ___Cummings, McClorey, Davis & Acho. P.C.___

Firm/Company Address: ___1185 Avenue of the Americas,___

City/State/Zip code: ___New York, New York, 10036___

Phone Number: ___212-547-8817___

Email: ___mcummings@cmda-law.com___

SDNY Admission Date: ___08/22/1995___

NYS or SDNY Bar Number: ___MC1151___

Requesting:    Certificate of Good Standing __XX__    Wall Certificate _____

SIGNATURE OF ATTORNEY: ___*Michael O. Cummings*___

Note: Please attach this PDF to your Certificate of Good Standing or Wall Certificate request. Additionally, the fee must be paid via Pay.gov as part of the event request. For assistance with submitting this document, please refer to our website for detailed instruction.

THE HON. CHARLES L. BRIEANT JR.
FEDERAL BUILDING AND COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601-4150

THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 820
NEW YORK, NY 10007-1312

THE THURGOOD MARSHALL
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007