UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA TAYLOR SWAIN
*Chief Judge*

Tammi M. Hellwig
*Clerk of Court*

# CERTIFICATE OF GOOD STANDING/WALL CERTIFICATE

**File this request form in miscellaneous case number 1:25-mc-2**

**ATTORNEY INFORMATION:**

Full Name: Jeffrey David Talbert

Firm/Company Name: Arnold & Porter Kaye Scholer

Firm/Company Address: 250 W. 55th Street

City/State/Zip code: New York, NY 10019-9710

Phone Number: 212-836-7088

Email: jeff.talbert@arnoldporter.com

SDNY Admission Date: 1/17/2025

NYS or SDNY Bar Number: 6165344

Requesting: Certificate of Good Standing X Wall Certificate ______

SIGNATURE OF ATTORNEY: ______

Note: Please attach this PDF to your Certificate of Good Standing or Wall Certificate request. Additionally, the fee must be paid via Pay.gov as part of the event request. For assistance with submitting this document, please refer to our website for detailed instruction.